UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Irving Oil Corporation</u>

    v.                                        Civil No. 06-cv-457-JD

<u>Whaleback Mountain, LLC</u>


<u>O R D E R</u>

Pursuant to the provisions of 28 U.S.C. § 455, I recuse myself from this case.

SO ORDERED.

*[signature: Joseph A. DiClerico, Jr.]*
Joseph A. DiClerico, Jr.
United States District Judge

January 11, 2007

cc:  George T. Campbell, III, Esquire
     Frank P. Spinella, Jr., Esquire